## HATTIE M. WALTRICK *v.* GUY W. WALTRICK.
[Nos. 67, 68, October Term, 1935.]

*Decided January 16th, 1936.*

The cause was argued before BOND, C. J., URNER. OFFUTT, SLOAN, SHEHAN, and JOHNSON, JJ.

*James C. L. Anderson,* for the appellee.

SLOAN, J., delivered the opinion of the Court.